THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM J. THOMAS, Appellant.

Argued April 17, 1947; decided May 15, 1947.

*Myron J. Greene, Abraham J. Gellinoff* and *William B. Sandler* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *Richard G. Denzer* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.